# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| JOHN BRADLEY, | : | |
| Petitioner, | : | |
| v. | : | 5:08-cv-129 (HL) |
| WARDEN DONALD BARROW, | : | |
| Respondent. | : | |

## ORDER

Before the Court is Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1). Petitioner filed a Motion to Stay his petition pending the exhaustion of administrative remedies (Doc. 7). In addition, the Magistrate Judge has recommended the dismissal of the petition for failure to exhaust state remedies, and because Petitioner's release date will likely occur before exhaustion of his state remedies and completion of federal habeas corpus proceedings. In lieu of objecting to the Magistrate Judge's Report and Recommendation, Petitioner filed a Motion to Dismiss Complaint (Doc. 9). It therefore appears that he concurs with the Magistrate Judge's Recommendation of dismissal.

The Court therefore adopts the Report and Recommendation and grants

Petitioner's Motion to Dismiss. The Petition for Writ of Habeas Corpus is dismissed without prejudice. The Motion to Stay is denied as moot.

**SO ORDERED**, this the 3rd day of July, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch